# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WAYNE EDWARDS, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 02-cv-1196-PMF |
| KATHY BOCHANTIN, CHERI LAURENT, DR. BRIAN RUIZ, and WEXFORD HEALTH SOURCES, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision rendered. Pursuant to the amended opinion of the Court of Appeals and rulings by this Court,

**IT IS ORDERED AND ADJUDGED** judgment be, and it is, hereby, entered against plaintiff WAYNE EDWARDS, and in favor of defendants DONALD N. SNYDER, JR., MICHAEL L. HOLMES, ALLEN WISELY, TERRI COLEMAN, JULIUS FLAGG, MARK AARON, KATHY BOCHANTIN, GAIL BROSHEARS, ST. MARY'S GOOD SAMARITAN HOSPITAL, LEORA HARRY, DR. WILLARD ELYEA, DR. NARENDA K. GUPTA, CHERI LAURENT, DR. BRIAN RUIZ, DR. CLEVELAND RAYFORD, and WEXFORD HEALTH SOURCES on Count 1 (§ 1983) and Count 2 (negligence).

DATED: October 22, 2008.    NORBERT G. JAWORSKI, CLERK

    By: s/Karen R. Metheney
APPROVED:    Deputy Clerk

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**